CAUSE NO. 2014-40158

| | | |
|---|---|---|
| **CRISTOBAL MORALES**<br>*Plaintiff* | §<br>§<br>§ | **IN THE DISTRICT COURT OF** |
| *VS.* | §<br>§<br>§ | **HARRIS COUNTY, TEXAS** |
| **KINDRED HEALTHCARE, INC.**<br>*Defendant* | §<br>§<br>§ | **189TH JUDICIAL DISTRICT** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/6/2015 2:16:22 PM
CHRISTOPHER A. PRINE
Clerk

## DEFENDANTS' REQUEST TO THE CLERK TO PREPARE RULE 34.5 CLERK'S RECORD

TO THE CLERK OF SAID COURT:

Defendants, KINDRED HEALTHCARE, INC. and TRIUMPH HOSPITAL OF EAST HOUSTON, L.P. d/b/a KINDRED HOSPITAL OF CLEAR LAKE, now Appellants, request pursuant to Tex. R. App. P. 34.5(c) the Clerk of the Court to prepare, for inclusion in the Clerk's record of these proceedings, certify and file the following designated matters:

1. Plaintiff's Original Petition, filed on or about July 14, 2014;

2. Defendant Kindred Healthcare, Inc.'s Original Answer, filed on or about August 15, 2014;

3. Plaintiff's First Amended Petition, filed on or about October 2, 2014;

4. Defendant Triumph Hospital of East Houston, L.P. d/b/a Kindred Hospital Clear Lake's Original Answer, filed on or about October 24, 2014;

5. Defendants Kindred Healthcare Inc. and Triumph Hospital of East Houston L.P. d/b/a Kindred Hospital of Clear Lake's Motion to Dismiss for Failure to Serve Chapter 74 Expert Report, filed on or about April 8, 2015;

6. Plaintiff's Response to Defendants' Motion to Dismiss, filed on or about April 24, 2015;

7. Defendants Kindred Healthcare, Inc. and Triumph Hospital of East Houston, L.P. d/b/a Kindred Hospital of Clear Lake's Reply to Plaintiff's Response to Defendant's Motion to Dismiss for Failure to Serve Chapter 74 Expert Report,

filed on or about April 30, 2015;

8. Defendants Kindred Healthcare, Inc. and Triumph Hospital of East Houston, L.P. d/b/a Kindred Hospital of Clear Lake's Supplemental Reply to Plaintiff's Response to Defendants' Motion to Dismiss for Failure to Serve Chapter 74 Expert Report, filed on or about September 10, 2015;

9. Plaintiff's Supplemental Response to Defendants' Motion to Dismiss, filed on or about September 11, 2015;

10. Transcript of the oral hearing on Defendants' Motion to Dismiss held on September 14, 2015;

11. Order denying Defendants' Motion to Dismiss, dated September 14, 2015; and

12. This Request.

Respectfully submitted,

BRENNIG & ASSOCIATES, P.C.

By: _____

CHARLES C. BRENNIG III
State Bar No. 00783719
RICHARD M. SCHREIBER
State Bar No. 24056278
1700 Post Oak Blvd.
2 BLVD Place, Suite 600
Houston, TX 77056
Telephone: (713) 622-5900
Facsimile: (713) 622-5910
**ATTORNEYS FOR DEFENDANTS/APPELLANTS, KINDRED HEALTHCARE, INC. AND TRIUMPH HOSPITAL OF EAST HOUSTON, L.P. d/b/a KINDRED HOSPITAL OF CLEAR LAKE**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of *Defendants' Request to the Clerk to Prepare Rule 34.5 Clerk's Record* has been served on Plaintiff's counsel pursuant to Rule 9.5 of the Texas Rules of Appellate Procedure on this the 2nd day of October, 2015:

Anthony G. Buzbee
600 Travis, Suite 7300
Houston, Texas 77002
*Via Facsimile 713-223-5909*

Sean E. O'Rourke
SIMON-O'ROURKE, P.C.
11550 Fuqua, Ste. 360
Houston, Texas 77034
*Via Facsimile (281) 823-7482*

CHARLES C. BRENNIG III